■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THURMOND MIDGETT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lombardo, J.), rendered October 9, 1987, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

The defendant waived his right to appeal as a condition of his guilty plea. Accordingly, the appeal is dismissed *(see, People v Smith,* 142 AD2d 195, *lv granted* 73 NY2d 896; *People v Seaberg,* 139 AD2d 53, *lv granted* 72 NY2d 1049). Thompson, J. P., Kunzeman, Eiber, Spatt and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASHKA MILLS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered June 25, 1987, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Kunzeman, Eiber, Spatt and Balletta, JJ., concur.